**IT IS ORDERED as set forth below:**



**Date: February 13, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-60015-LRC |
| | : | |
| UNFAKABBA OUSMANI DARAMY, | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |

**ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

This matter came before the Court for hearing on January 23, 2018 (the "**Hearing**") on the *Motion for Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 35] filed on December 29, 2017 (the "**Settlement Motion**"), by Neil C. Gordon, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Unfakabba Ousmani Daramy ("**Debtor**"). The Motion seeks approval of the *Joint Stipulation and Settlement Agreement* between Trustee and Debtor (the "**Settlement Agreement**").

11809235v1

A *Response* [Doc. No. 37] was filed by Lisa Carter-Bates ("**Ms. Carter-Bates**") objecting to the Settlement Agreement. No other objection or response was filed.

Present at the Hearing were Neil C. Gordon, as counsel for Trustee, and Jessica Casto, as counsel for Debtor. Ms. Carter-Bates was also present telephonically. Based on the presentations made at the Hearing and the record in this case, and for the reasons stated on the record at the Hearing, the Court finds that approval of the Settlement Agreement would not be in the best interest of the Bankruptcy Estate and denies the Settlement Motion. It is therefore hereby

**ORDERED** that the Motion is **DENIED** and the Settlement Agreement is **DISAPPROVED**.

[END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:/s/ *Neil C. Gordon*
    Neil C. Gordon
    Georgia Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
neil.gordon@agg.com

11809235v1

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100, Atlanta, GA 30363

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jessica Casto
Clark & Washington, P.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 3041

Unfakabba Ousmani Daramy
4047 Suwanee Trail Drive
Buford, GA 30518

Lisa Carter-Bates
16556 Tera Bella
Clinton, Township, MI 48038

11809235v1