UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>UNFAKABBA OUSMANI DARAMY,<br><br>    Debtor. | CHAPTER 7<br><br>CASE NO. 16-60015-LRC |
| NEIL C. GORDON, Chapter 7 Trustee for the Estate of Unfakabba Ousmani Daramy,<br><br>    Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br>SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>MORNINGBROOKE HOMEOWNERS ASSOCIATION, INC.,<br>GWINNETT COUNTY TAX COMMISSIONER,<br>UNFAKABBA OUSMANI DARAMY,<br><br>    Respondents. | CONTESTED MATTER |

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014 that Neil C. Gordon, Trustee (the "**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Unfakabba Ousmani Daramy ("**Debtor**"), has filed his *Motion for Authority to (I) Sell Real Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing* proposing to sell the real property known generally as 4047 Suwanee Trail Drive, Buford, Gwinnett

1

County, Georgia 30518 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b) and (f) (the "**Sale Motion**") to Gregory Bryant and Megan Crawford-Bryant (the "**Purchasers**"), "as is, where is," for the sale price of $335,900.00 (the "**Purchase Price**"), subject to bankruptcy court approval (the "**Contract**"). A true and correct copy of the Contract is attached and marked as Exhibit "A" to the Sale Motion, and incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Sale Motion in **Courtroom 1204 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. (formerly 75 Spring Street, S.W.), Atlanta, Georgia 30303, at 10:15 a.m. on May 23, 2018.**

The Sale Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

Trustee's proposed Contract with a total Purchase Price of $335,900.00 is by far the best offer that Trustee has received, is subject to no contingencies whatsoever, and represents an appropriate selling price for the Property.

Trustee moves for authority to have paid at closing those liens and costs set forth in the Sale Motion. Although Trustee believes that the proposed sale is in the best interest of the Estate and its creditors, Trustee invites any and all competing cash offers to be submitted so long as the cash bid exceed the present Contract by **at least $7,500.00** and is supported by **earnest money of at least $7,000.00, with no contingencies, and the ability to close within ten (10) days.**

2

12181103v1

Your rights may be affected by the Court's ruling on the Sale Motion. You should read the Sale Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in the Sale Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Sale Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  You must also mail a copy of your response to the Trustee at the address stated below.

Dated:  April 26, 2018　　　　　　　　　ARNALL GOLDEN GREGORY LLP6

　　　　　　　　　　　　　　　　　　　By: */s/ Neil C. Gordon*
　　　　　　　　　　　　　　　　　　　　　Neil C. Gordon
　　　　　　　　　　　　　　　　　　　　　GA Bar No. 302387
　　　　　　　　　　　　　　　　　　　171 17th Street, NW
　　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30363-1031
　　　　　　　　　　　　　　　　　　　Telephone:  404-873-8500
　　　　　　　　　　　　　　　　　　　Facsimile:  404-873-8501
　　　　　　　　　　　　　　　　　　　E-Mail:  *neil.gordon@agg.com*
　　　　　　　　　　　　　　　　　　　Attorneys for Chapter 7 Trustee

## Certificate Service

I, Neil C. Gordon, certify that I am over the age of 18 and that, I served a copy of this *Notice of Hearing* on *Motion for Authority to (I) Sell Real Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disbursements at Closing* with adequate postage prepaid, to the following persons or entities at the addresses stated below and on Exhibit "A," attached:

*Via First Class Mail:*

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Ben Carson, Secretary
U. S. Department of Housing and
Urban Development
451 7th Street, S.W.
Washington, D.C. 20410

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
The United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Suite 600
Atlanta, GA 30303-3309

Morningbrooke Homeowners
Association, Inc.
C/o Leisa Ballew, Registered Agent
1670 McKendree Church Road
Building 1000
Lawrenceville, GA 30043

Gwinnett County Tax Commissioner
P.O. Box 372
Lawrenceville, Georgia 30046-0372

Gwinnett County Tax Commissioner
75 Langley Drive
Lawrenceville, GA 30046

E. L. Clark
Clark & Washington, LLC
Building 3
3300 Northeast Expressway
Atlanta, GA 30341

Unfakabba Ousmani Daramy
4047 Suwanee Trail Drive
Buford, GA 30518

Michael Campbell
ATTENTION: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector
Suite 350
Atlanta, Georgia 30342

4

12181103v1

<u>*Via First Class Mail and Certified Mail:*</u>

Timothy J. Sloan, President and CEO  
Wells Fargo Bank, N.A.  
420 Montgomery Street, 12th Floor  
San Francisco, CA 94163  

Timothy J. Sloan, President and CEO  
Wells Fargo Bank, N.A.  
101 N. Phillips Avenue  
Sioux Falls, SD 57104  


And the persons or entities at the addresses on the attached Exhibit "A."

    This 26th day of April, 2018.

                                                  */s/ Neil C. Gordon*  
                                                Neil C. Gordon  
                                                Georgia Bar No. 302387

12170654v1

## EXHIBIT "A" FOLLOWS

Case 16-60015-lrc   Doc 46   Filed 04/26/18   Entered 04/26/18 08:01:54   Desc Main
Document      Page 6 of 9

12170654v1

```
Label Matrix for local noticing        AT & T Wireless- Collections         Aes/fortress
113E-1                                  Legal Dept/Bankruptcy                Po Box 61047
Case 16-60015-lrc                       1600 S.W. 4th                        Harrisburg, PA 17106-1047
Northern District of Georgia            Portland, OR 97201-5522
Atlanta
Thu Dec 28 13:33:56 EST 2017

Ally Financial                          American Education Service           American Profit Recovery
Po Box 380901                           1200 N 7th St                        33 Boston Post Road W #140
Bloomington, MN 55438-0901              Harrisburg, PA 17102-1419            Marlborough, MA 01752-1841



Amex                                    Karren Amidon                        Arnall Golden Gregory LLP
Correspondence                          Coldwell Banker Residential Brokerage 171 17th Street, N.W.
Po Box 981540                           Suite 70                             Suite 2100
El Paso, TX 79998-1540                  11035 Medlock Bridge Road            Atlanta, GA 30363-1031
                                        Johns Creek, GA 30097-1981


Asurion                                 Atlas Acquisitions LLC               Atlas Acquisitions LLC
648 Grassmere Park                      Attn: Avi Schild                     294 Union St.
Nashville, TN 37211-3667                294 Union Street                     Hackensack, NJ 07601-4303
                                        Hackensack, NJ 07601-4303


Buds Gun Shop                           Capital One                          Chase
1105 Industry Rd                        Po Box 30285                         Attn: Correspondence Dept
STE 110                                 Salt Lake City, UT 84130-0285        Po Box 15298
Lexington, KY 40505-3846                                                     Wilmington, DE 19850-5298


E. L. Clark                             Convergent Outsourcing Inc           Unfakabba Ousmani Daramy
Clark & Washington, LLC                 c/o Convergent Outsourcing, Inc.     4047 Suwanee Trail Drive
Bldg. 3                                 800 SW 39th Street                   Buford, GA 30518-8772
3300 Northeast Expwy.                   Renton, WA 98057-4975
Atlanta, GA 30341-3932


Delta Ccu                               Department Stores National Bank      Discover Bank
Attention: Bankruptcy Department        c/o Quantum3 Group LLC               Discover Product Inc
Po Box 20541                            PO Box 657                           PO BOX 3025
Atlanta, GA 30320-2541                  Kirkland, WA  98083-0657             New Albany, OH 43054-3025


Discover Financial                      (p)FARMERS FURNITURE                 Fed Loan Servicing
Attn: Bankruptcy                        ATTN CORPORATE CREDIT DEPT           Po Box 69184
Po Box 3025                             PO BOX 1140                          Harrisburg, PA 17106-9184
New Albany, OH 43054-3025               DUBLIN GA 31040-1140


First Premier Bank                      (p)GEORGIA DEPARTMENT OF REVENUE     Georgia United Credit
601 S Minnesota Ave                     COMPLIANCE DIVISION                  6705 Sugarloaf Pkwy
Sioux Falls, SD 57104-4868              ARCS BANKRUPTCY                      Duluth, GA 30097-4926
                                        1800 CENTURY BLVD NE SUITE 9100
                                        ATLANTA GA 30345-3202


Neil C Gordon                           Neil C. Gordon                       Hsbc Bank Usa Na
Arnall, Golden & Gregory, LLP           Arnall Golden Gregory LLP            95 Washington St
Suite 2100                              Suite 2100                           Buffalo, NY 14203-3006
171 17th Street, NW                     171 17th Street, NW
Atlanta, GA 30363-1031                  Atlanta, GA 30363-1031
```

```
IRS                              Jason A Craig & Associates         Lisa Carter
401 W. Peachtree St., NW         6100 Lake Forrest Drive NW         16556 Terra Bella
Stop #334-D                      Suite 550                          Clinton Township, MI 48038-4076
Room 400                         Atlanta, GA 30328-3889
Atlanta, GA 30308


Morningbrooke HOA                Office of the United States Trustee   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
1670 McKendree Church Road       362 Richard Russell Building          PO BOX 41067
Bldg 1000                        75 Ted Turner Drive, SW               NORFOLK VA 23541-1067
Lawrenceville, GA 30043-6677     Atlanta, GA 30303-3315


Progressive Finance              Rent A Center                      Scotts Lawn Service
3350 Riverwood Pkwy SE           5501 Headquaters Drive             1910 Brannan Rd.
Atlanta, GA 30339-6401           Plano, TX 75024-5845               McDonough, GA 30253-4310


Sec Check                        (p)SPRINT NEXTEL CORRESPONDENCE    State Of Mi Office Chi
2653 West Oxford Loop            ATTN BANKRUPTCY DEPT               Po Box 30037
Suite 108                        PO BOX 7949                        Lansing, MI 48909-7537
Oxford, MS 38655-2929            OVERLAND PARK KS 66207-0949


Sunrise Credit Services, Inc.    Synchrony Bank                     Synchrony Bank/ JC Penneys
PO Box 9100                      Po Box 103104                      Po Box 965064
Farmingdale, NY 11735-9100       Roswell, GA 30076-9104             Orlando, FL 32896-5064


Synchrony Bank/Lowes             Synchrony Bank/TJX                 Synchrony Bank/Walmart
Po Box 965064                    Po Box 965064                      Po Box 965064
Orlando, FL 32896-5064           Orlando, FL 32896-5064             Orlando, FL 32896-5064


TD Bank, USA                     TD Bank, USA                       Target
by American InfoSource LP as agent   by American InfoSource LP as agent   C/O Financial & Retail Services
4515 N Santa Fe Ave              PO Box 248866                      Mailstop BT PO Box 9475
Oklahoma City, OK 73118-7901     Oklahoma City, OK  73124-8866      Minneapolis, MN 55440-9475


(p)T MOBILE                      U. S. Attorney                     U.S. Department of Education
C O AMERICAN INFOSOURCE LP       600 Richard B. Russell Bldg.       C/O FedLoan Servicing
4515 N SANTA FE AVE              75 Ted Turner Drive, SW            P.O. Box 69184
OKLAHOMA CITY OK 73118-7901      Atlanta GA 30303-3315              Harrisburg, PA 17106-9184


Us Auto Finance/us Aut           Vantage Sourcing                   Verizon
824 N Market St Ste 220          4930 W State Highway 52            500 Technology Dr
Wilmington, DE 19801-3024        STE 1                              Suite 500
                                 Dothan, AL 36305-9102              Weldon Spring, MO 63304-2225


Verizon Wireless                 Visa Dept Store National Bank      Volkswagen Credit, Inc
Legal Dept/Bankruptcy            Attn: Bankruptcy                   Po Box 3
PO Box 3397                      Po Box 8053                        Hillsboro, OR 97123-0003
Bloomington, IL 61702-3397       Mason, OH 45040-8053
```

| | | |
|---|---|---|
| Wells Fargo<br>P.O. Box 6412<br>Carol Stream, IL 60197-6412 | Wells Fargo Bank Card<br>Mac F82535-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>ATTN: Reaffirmation Group<br>MAC: D0203-023<br>1100 Corporate Center Dr<br>Raleigh, NC 27607-5066 |

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | | |
|---|---|---|
| Farmers Furniture<br>Attention Bankruptcy<br>Po Box 1140<br>Dublin, GA 31040 | Georgia Department of Revenue<br>Accounts Receivable Collection Section<br>1800 Century Blvd. NE<br>Suite 9100<br>Atlanta, GA 30345 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Sprint<br>6391 Sprint Pkwy<br>Overland Park, KS 66251 | Tmobile<br>PO Box 742596<br>Cincinnati, OH 45274 | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | |
|---|---|
| (d)Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 | End of Label Matrix<br>Mailable recipients   63<br>Bypassed recipients    1<br>Total                  64 |