**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: ) | Chapter **7** |
| **Unfakabba Ousmani Daramy** ) | Case No. **16-60015-LRC** |
| ) | Judge **Lisa Ritchey Craig** |
| ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of Wells Fargo Bank, N.A. (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 4047 Suwanee Trail Dr, Buford, GA 30518. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, GA 30346

Dated May 1, 2018

Shapiro Pendergast & Hasty, LLP

/s/Taylor S. Mansell_____
Taylor S. Mansell
Georgia Bar No. 940461
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
gaecfnotifications@logs.com